## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Toja  M | Case Number:  07 B 22766 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  12/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  March 17, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 259.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 242.16 |
| Trustee Fee: | | 16.84 |
| Other Funds: | | 0.00 |
| Totals: | 259.00 | 259.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,444.00 | 242.16 |
| 2. | United Credit Union | Secured | 15,383.40 | 0.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | United Credit Union | Unsecured | 943.06 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 375.25 | 0.00 |
| 7. | Mercy Housing | Unsecured | | No Claim Filed |
| 8. | Paragon Way Inc | Unsecured | | No Claim Filed |
| 9. | Dept Of Employment Secur | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,145.71 | $ 242.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.84 |
| | _____ |
| | $ 16.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Collins, Toja  M

Printed:  4/22/08

Case Number:  07 B 22766
Judge:  Goldgar, A. Benjamin
Filed:  12/4/07

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

